# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| van Meerveld, Janis | United States District Court of Eastern District of Louisian | 04/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Hale Boggs Building, Room B345
500 Poydras Street
New Orleans, LA 70130

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boys Hope Girls Hope of New Orleans |
| 2. | Board Member | Susan G. Komen, New Orleans Affiliate |
| 3. | Board Member | Federal Bar Association |
| 4. | Executor | ▨ Estate |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Adams and Reese LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 3. FIDELITY EMERGING MARKETS INDEX FUND (FPADX) | C | Dividend | M | T | Buy (add'l) | 05/01/19 | J | | |
| 4. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 5. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 6. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 7. CAPITAL WORLD GROWTH AND INCOME F3 (FWGIX) | C | Dividend | M | T | | | | | |
| 8. | B | Distribution | | | | | | | |
| 9. THE GROWTH FUND OF AMERICA F3 (GAFFX) | C | Dividend | N | T | | | | | |
| 10. | E | Distribution | | | | | | | |
| 11. THE INCOME FUND OF AMERICA F3 (FIFAX) | D | Dividend | M | T | | | | | |
| 12. | C | Distribution | | | | | | | |
| 13. VANGUARD GROUP DIV APP ETF (VIG) | C | Dividend | N | T | | | | | |
| 14. VANGUARD WHITEHALL FDS HIGH DIVIDEND YIELD ETF (VYM) | C | Dividend | M | T | | | | | |
| 15. VANGUARD INTL EQUITY INDEX FUND INC TOTAL (VT) | C | Dividend | M | T | | | | | |
| 16. VANGUARD INDEX FDS MID-CAP VALUE INDEX (VOE) | B | Dividend | L | T | Buy (add'l) | 04/22/19 | J | | |
| 17. VANGUARD INDEX FDS VANGUARD SMALL CAP (VBR) | B | Dividend | K | T | Buy (add'l) | 04/22/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Account #1 (H) | | | | | | | | | |
| 19. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 20. FIDELITY INTERNATL INDEX FUND (FSPSX) | C | Dividend | L | T | Buy | 03/27/19 | L | | |
| 21. FIDELITY 500 INDEX FUND (FXAIX) | C | Dividend | M | T | Buy | 03/27/19 | M | | |
| 22. | A | Distribution | | | Buy (add'l) | 03/29/19 | J | | |
| 23. | | | | | Sold (part) | 11/14/19 | J | | |
| 24. FIDELITY SMALL CAP INDEX FUND (FSSNX) | A | Dividend | L | T | Buy | 03/27/19 | L | | |
| 25. | A | Distribution | | | | | | | |
| 26. FIDELITY MID CAP INDEX FUND (FSMDX) | A | Dividend | L | T | Buy | 03/27/19 | L | | |
| 27. | A | Distribution | | | | | | | |
| 28. FIDELITY EMERGING MARKETS INDEX FUND (FPADX) | B | Dividend | L | T | Buy | 03/27/19 | K | | |
| 29. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 30. FIDELITY LARGE CAP GROWTH INDEX FUND (FSPGX) | B | Dividend | M | T | Buy | 03/27/19 | M | | |
| 31. | A | Distribution | | | Buy (add'l) | 03/29/19 | J | | |
| 32. VANGUARD GROUP DIV APP ETF (VIG) | B | Dividend | M | T | Buy (add'l) | 03/27/19 | J | | |
| 33. VANGUARD WHITEHALL FUNDS INTERNATIONAL (VYMI) | C | Dividend | L | T | Buy | 03/27/19 | L | | |
| 34. | | | | | Buy (add'l) | 11/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. NEW PERSPECTIVE FUND F3 (FNPFX) | | None | | | Sold | 03/27/19 | M | | |
| 36. THE GROWTH FUND OF AMERICA F3 (GAFFX) | | None | | | Sold | 03/27/19 | M | | |
| 37. ISHARES EDGE MSCI INTERNATIONAL VALUE FACTOR ETF (IVLU) | | None | | | Sold | 03/27/19 | L | | |
| 38. VANGUARD INDEX FDS VANGUARD SMALL CAP (VBR) | | None | | | Sold | 03/27/19 | K | | |
| 39. VANGUARD INTL EQUITY INDEX FDS ALLWRLD EX US (VEU) | A | Dividend | | | Sold | 03/27/19 | K | | |
| 40. VANGUARD 500 INDEX ADMIRAL (VFIAX) | B | Dividend | | | Sold | 03/27/19 | M | | |
| 41. VANGUARD INDEX FDS MID-CAP VALUE INDEX (VOE) | | None | | | Sold | 03/27/19 | K | | |
| 42. FIDELITY EMERGING MKTS INDEX PREMIUM (FPMAX) | | None | | | Sold | 03/27/19 | K | | |
| 43. IRA Account #2 (H) | | | | | | | | | |
| 44. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 45. FIDELITY INTERNATL INDEX FUND (FSPSX) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 46. FIDELITY 500 INDEX FUND (FXAIX) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 47. | A | Distribution | | | | | | | |
| 48. FIDELITY SMALL CAP INDEX FUND (FSSNX) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 49. | A | Distribution | | | | | | | |
| 50. FIDELITY MID CAP INDEX FUND (FSMDX) | A | Dividend | J | T | Buy | 01/31/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | A | Distribution | | | | | | | |
| 52. FIDELITY EMERGING MARKETS INDEX FUND (FPADX) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 53. | | | | | Buy (add'l) | 08/09/19 | J | | |
| 54. FIDELITY LARGE CAP GROWTH INDEX FUND (FSPGX) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 55. | A | Distribution | | | | | | | |
| 56. VANGUARD GROUP DIV APP ETF (VIG) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 57. VANGUARD WHITEHALL FUNDS INTERNATIONAL (VYMI) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 58. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 59. VANGUARD INTL EQUITY INDEX FDS ALLWRLD EX US (VEU) | | None | | | Sold | 01/31/19 | J | | |
| 60. FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | | None | | | Sold | 01/31/19 | K | | |
| 61. Brokerage Account #2 (H) | | | | | | | | | |
| 62. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 63. FIDELITY ADVISOR NEW INSIGHTS CL Z (FZANX) | A | Dividend | M | T | | | | | |
| 64. | D | Distribution | | | | | | | |
| 65. FIDELITY EMERGING MARKETS INDEX FUND (FPADX) | A | Dividend | K | T | | | | | |
| 66. THE GROWTH FUND OF AMERICA F3 (GAFFX) | B | Dividend | M | T | | | | | |
| 67. | D | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. HARTFORD INTRNL EQUITY FUND CL F (HDVFX) | C | Dividend | M | T | | | | | |
| 69. VANGUARD GROUP DIV APP ETF (VIG) | C | Dividend | N | T | | | | | |
| 70. VANGUARD INTL EQUITY INDEX FDS ALLWRLD EX US (VEU) | B | Dividend | K | T | | | | | |
| 71. VANGUARD INDEX FDS MID-CAP VALUE INDEX (VOE) | A | Dividend | K | T | | | | | |
| 72. VANGUARD INDEX FDS VANGUARD SMALL CAP (VBR) | A | Dividend | K | T | | | | | |
| 73. Variable Annuity #1 (H) | | | | | | | | | |
| 74. INVESCO V.I. MONEY MARKET | | None | | | Sold | 10/23/19 | N | | |
| 75. VANGUARD EQUITY INDEX | | None | M | T | Buy | 10/23/19 | M | | |
| 76. VANGUARD GROWTH | | None | L | T | Buy | 10/23/19 | L | | |
| 77. VANGUARD MID-CAP INDEX | | None | K | T | Buy | 10/23/19 | K | | |
| 78. VANGUARD TOTAL INTERNATIONAL STOCK MARKET | | None | L | T | Buy | 10/23/19 | L | | |
| 79. NATIONWIDE DESTINATION B2 AMERICAN NVIT ASSET ALLOCATION | | None | | | Sold | 10/03/19 | M | | |
| 80. NATIONWIDE DESTINATION B2 AMERICAN NVIT BOND | | None | | | Sold | 10/03/19 | M | | |
| 81. NATIONWIDE DESTINATION B2 AMERICAN NVIT GROWTH & INCOME | | None | | | Sold | 10/03/19 | M | | |
| 82. Variable Annuity #2 (H) | | | | | | | | | |
| 83. INVESCO V.I. MONEY MARKET | | None | | | Buy | 10/03/19 | L | | |
| 84. | | | | | Sold | 10/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. VANGUARD EQUITY INDEX | | None | K | T | Buy | 10/23/19 | K | | |
| 86. VANGUARD GROWTH | | None | K | T | Buy | 10/23/19 | K | | |
| 87. VANGAURD MID-CAP INDEX | | None | J | T | Buy | 10/23/19 | J | | |
| 88. VANGUARD TOTAL INTERNATIONAL STOCK MARKET (CNG42V50N) | | None | K | T | Buy | 10/23/19 | K | | |
| 89. NATIONWIDE DESTINATION B2 AMERICAN NVIT ASSET ALLOCATION | | None | | | Sold | 10/03/19 | K | | |
| 90. NATIONWIDE DESTINATION B2 AMERICAN NVIT BOND | | None | | | Sold | 10/03/19 | K | | |
| 91. NATIONWIDE DESTINATION B2 AMERICAN NVIT GROWTH & INCOME | | None | | | Sold | 10/03/19 | K | | |
| 92. Variable Annuity #3 (H) | | | | | | | | | |
| 93. FIDELITY LIFE PRA: INDEX 500 | | None | M | T | | | | | |
| 94. FIDELITY LIFE PRA: INTERNATIONAL INDEX | | None | L | T | | | | | |
| 95. FIDELITY LIFE PRA: BOND INDEX | | None | K | T | | | | | |
| 96. FIDELITY LIFE PRA: HIGH INCOME | | None | J | T | | | | | |
| 97. 401k Account #1 (H) | | | | | | | | | |
| 98. Harbor International Fund Institutional Class (HAINX) | | None | | | Sold | 09/19/19 | M | | |
| 99. Harbor International Opportunities Fund (IHOTX) | D | Dividend | N | T | Buy | 01/30/19 | J | | |
| 100. | E | Distribution | | | Buy (add'l) | 02/15/19 | J | | |
| 101. | | | | | Buy (add'l) | 03/15/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 103. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 104. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 105. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 106. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 107. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 108. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 109. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 110. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 111. Dodge & Cox (DODGX) | D | Dividend | O | T | Buy (add'l) | 01/15/19 | J | | |
| 112. | E | Distribution | | | Buy (add'l) | 02/15/19 | J | | |
| 113. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 114. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 115. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 116. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 117. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 118. | | | | | Buy (add'l) | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 120. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 121. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 122. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 123. Vanguard Institutional Index (VINIX) | C | Dividend | | | Sold | 09/19/19 | P1 | | |
| 124. Schwab S&P 500 Index (SWPPX) | E | Dividend | P1 | T | Buy | 01/30/19 | J | | |
| 125. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 126. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 131. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 135. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  American Growth Fund of America (RGAGX) | C | Dividend | N | T | Buy (add'l) | 01/15/19 | J | | |
| 137. | E | Distribution | | | Buy (add'l) | 02/15/19 | J | | |
| 138. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 139. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 140. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 141. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 142. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 143. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 144. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 145. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 146. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 147. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 148.  401k Account #2 (H) | | | | | | | | | |
| 149.  Vanguard Institutional Index I (VINIX) | D | Dividend | K | T | | | | | |
| 150.  Dodge & Cox Stock (DODGX) | C | Dividend | L | T | | | | | |
| 151. | C | Distribution | | | | | | | |
| 152.  American Growth Fund of America R6 (RGAGX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153. | | Distribution | | | | | | | |
| 154. Harbor International Fund Institutional Class (HAINX) | B | Dividend | M | T | | | | | |
| 155. | D | Distribution | | | | | | | |
| 156. Bank Accont #1 (H) | | | | | | | | | |
| 157. Regions Bank | A | Interest | N | T | | | | | |
| 158. Bank Account #2 (H) | | | | | | | | | |
| 159. ASI Federal Credit Union | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 04/24/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Brokerage Account # 3 reported on previous reports was an ▮▮▮▮ account for a minor who has now reached age of majority and the account is registered soley to that individual thus the account is not required to be reported.

2. Brokerage Account #4 reported on previous reports was an ▮▮▮▮ account for a minor who has now reached age of majority and the account is registered soley to that individual thus the account is not required to be reported.

3. No assets are reportable relative to the positon of executor listed in Part 1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis van Meerveld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544